UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| MAFE RABINO, | ) |
| Plaintiff, | ) 2:08-cv-01345-LRH-LRL ) |
| vs. | ) ORDER ) |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., et al., | ) ) ) |
| Defendants. | ) ) |

Before the court is Defendants' Motion to Expunge Notice of Pendency of Action (#15[1]). No response has been filed by the Plaintiff. Pursuant to Local Rules of Practice of the District of Nevada, LR 7-2(d), "The failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." Defendants' Motion to Expunge Notice of Pendency of Action (#15) is GRANTED.

Good cause appearing, the court hereby orders the cancellation of the Notice of Pendency of Action, further orders that the Notice be expunged, further orders Plaintiff to file a copy of this Order of Cancellation in the Clark County Recorder's office, and further authorizes any Defendant to file this Order of Cancellation with the Clark County Recorders' office.

IT IS SO ORDERED.

DATED this 23rd day of July, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

---

[1] Refers to court's docket number.